UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 06-143 |
| ANDREW WILLIAMS III | SECTION "N" |

### ORDER AND REASONS

Before the Court is the "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence" (Rec. Doc. 460) brought by Defendant Andrew Williams. This motion is opposed by the Government. (See Rec. Doc. 479). After considering the memoranda filed by the parties, the record, and the applicable law,

**IT IS ORDERED** that, for substantially the same reasons as stated by the Government in its "Opposition to Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255" (Rec. Doc. 479), **Williams' "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence" (Rec. Doc. 460)** is **DENIED**.

New Orleans, Louisiana, this 27th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**