UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 06-143 |
| ANDREW WILLIAMS   29788-034 | SECTION "N" |

## ORDER AND REASONS

Considering motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure filed by Andrew Williams (Rec. Doc. 551), and the response thereto filed by the government (Rec. Doc. 553);

**IT IS ORDERED** that the motion for reduction of sentence (Rec. Doc 551) is **DENIED**. Only the government may file a motion to reduce sentence under Rule 35(b). *See* Fed. R. Crim. P. 35(b); *United States v. Early,* 27 F.3d 140 (5th 1994). Here, the government has not done so. Accordingly, the motion presents no valid basis for reducing the sentence.

New Orleans, Louisiana, this 5th day of August, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE